COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| RAY WINN and PETER KAVOIAN, | | |
| | § | No. 08-10-00224-CV |
| Appellant, | | |
| | § | Appeal from |
| v. | | |
| | § | 57th District Court |
| FOUNTAINS INTERNATIONAL | | |
| GROUP, INC., | § | of Bexar County, Texas |
| | | |
| Appellee. | § | (TC # 2009-CI-19854) |

**MEMORANDUM OPINION**

Pending before the Court is Appellants's motion to dismiss this appeal because the trial court granted their motion for new trial, and therefore, the appeal is moot. We grant the motion and dismiss the appeal. *See* TEX.R.APP.P. 42.3(a).


September 29, 2010

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Rivera, JJ.